UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEBORAH LAUFER,

        Plaintiff,

                                          CASE NO.: 1:19-cv-13224 (MAD/DJS)

v.

1110 WESTERN ALBANY, LLC. and
RYAN LLC,

        Defendants.

  -----------------------------------------------------------X

## <u>VOLUNTARY DISCONTINUANCE</u>

      Plaintiff, by and through the undersigned counsel, hereby notifies This Court that this action against 1110 WESTERN ALBANY, LLC. and RYAN LLC, . is Voluntarily Dismissed pursuant to FRCP Rule 41(A)(i) with prejudice.

      DATED : New York, New York

          May 8, 2020

                          Respectfully Submitted,

                          **LAW OFFICES OF PETER SVERD, PLLC**

                By:   *Peter Sverd*

                    Peter Sverd, Esq. (PS0406)
                    *Attorneys for Plaintiff*
                    225 Broadway, Ste. 613
                    New York, NY 10007
                    PH:    (646) 751-8743
                    Psverd@sverdlawfirm.com